Submitted on remand from the Oregon Supreme Court July 13, 2000; resubmitted March 4, reversed and remanded in part; otherwise affirmed April 10, 2002

PHYLL MENDACINO,
*Appellant,*

*v.*

Robert LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

98-11-30115M; A105224

43 P3d 1216

Bob Pangburn and Rebecca Neal-Richardson for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Denise G. Fjordbeck, Assistant Attorney General, for respondent.

Before Edmonds, Presiding Judge, and Landau and Haselton, Judges.

PER CURIAM

## PER CURIAM

Plaintiff appeals from the trial court's dismissal of his petition for a writ of habeas corpus. He challenges a 1997 order of the Board of Parole and Post-Prison Supervision deferring his projected parole release date. We conclude that the trial court correctly rejected plaintiff's arguments on the merits of that issue. *See generally Hamel v. Johnson*, 173 Or App 448, 25 P3d 314 (2001); *Weidner v. Armenakis*, 154 Or App 12, 959 P2d 623 (1998), *withdrawn by order* July 13, 1998, *reasoning reaffirmed and readopted in Merrill v. Johnson*, 155 Or App 295, 964 P2d 284, *rev den* 328 Or 40 (1998).

Plaintiff also asserts that the trial court erred in imposing $475 in costs for his court-appointed counsel. We reverse the award of costs for court-appointed counsel and remand for reconsideration in light of *Bacote v. Johnson*, 333 Or 28, 35 P3d 1019 (2001).

Award of costs for court-appointed counsel reversed and remanded; otherwise affirmed.